## 59930. ROMANO v. WRIGHT.

CARLEY, Judge.

The judgment from which appeal is taken in this case is affirmed without opinion pursuant to Rule 36 of this Court.

*Judgment affirmed. Quillian, P. J., and Shulman, J., concur.*

SUBMITTED MAY 13, 1980 — DECIDED JULY 7, 1980.

*Brian Spears,* for appellant.
*John M. McCarter,* for appellee.